# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES CALLAN, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-2357 |
| v. | : | (JUDGE MANNION) |
| ABHIJIT PATEL, | : | |
| Defendant | : | |

# **O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** defendant Patel's motion to set aside the entry of default, (Doc. 18), is **GRANTED**;

**(2)** the default entered against defendant Patel, (Doc. 16), is vacated and set aside;

**(3)** defendant Patel is directed to respond to plaintiff's complaint, (Doc. 1), including the filing of any motion under Rule 12(b) he deems appropriate, on or before October 27, 2017.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 28, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2357-01-Order.wpd