UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES CALLAN, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-2357 |
| v. | : | (JUDGE MANNION) |
| ABHIJIT PATEL, | : | |
| Defendant | : | |

# **O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** defendant Patel's motion to dismiss, **(Doc. 29)**, plaintiff Callan's complaint, **(Doc. 1-2)**, against him is **GRANTED**;

**(2)** plaintiff Callan's complaint, **(Doc. 1-2)**, and its negligence claim against defendant Patel is **DISMISSED WITH PREJUDICE**; and

**(3)** the clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 27, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2357-02-Order.wpd